# CV-02-BE-665-W

# SEALED DOCUMENT